RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_levy@fd.org

Attorney for Kristopher Ery Glenn

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTOPHER ERY GLENN,<br><br>    Defendant. | Case No. 2:22-mj-00811-BNW<br><br>**MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |

On October 18, 2022, this court released Mr. Glenn on certain conditions.

One of those conditions required PTS to install monitoring software on all electronic devices (work and personal).

Mr. Glenn works for Stations Casinos in leisure sales/internet booking. His employer will not allow third party monitoring on his work computer. His employer has its own monitoring software on all work computers to ensure employee compliance.

Mr. Glenn requests this Court modify his conditions of release to only require electronic monitoring software on his personal devices. This will allow Mr. Glenn to maintain his employment.

After the Nevada USAO consulted with the USAO in the Middle District of Florida, the government will defer to this Honorable Court and takes no position on the requested modification.

Pretrial Services has no opposition to this modification.

DATED: October 28, 2022

                                             RENE L. VALLADARES
                                             Federal Public Defender

                                    By: */s/ Heidi A. Ojeda*
                                             HEIDI A. OJEDA
                                           Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KRISTOPHER ERY GLENN,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00811-BNW<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that Mr. Glenn's conditions of release be modified to only require monitoring software on his personal electronic devices.

　　DATED: October 31, 2022.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE